UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
PHYTO TECH CORP. d/b/a BLUE CALIFORNIA, and
CONAGEN INC.,

                         **Plaintiff,**

v.

GIVAUDAN SA

                         **Defendants.**
-------------------------------------------------- x

18-CV-06172 (JGK)

ORAL ARGUMENT REQUESTED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2020

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS AND REDACT RELEVANT PORTIONS OF OTHER DOCUMENTS

AND NOW, this __5__ day of __October__, 2020, upon consideration of Plaintiffs' Motion for Leave to File Under Seal Certain Exhibits and Redact Relevant Portions of Other Documents, it is hereby ORDERED that the Motion is GRANTED. The documents in question may be filed under seal, and the specified portions of other documents may be filed in redacted form.

BY THE COURT

_/s/ John G. Koeltl_

Hon. John G. Koeltl, District Judge

Dated: __10/5/20__