UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHYTO TECH CORP. ET AL.,

              Plaintiffs,        18-cv-6172 (JGK)

  - against -                ORDER

GIVAUDAN SA,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record during the teleconference on July 29, 2021, the motion for summary judgment is denied. The Clerk is directed to close Docket No. 43.

    The parties are directed to confer and provide a status update to the Court by August 6, 2021 with respect to the following issues: (1) whether this and the related case in 18-cv-3588 are jury or non-jury trials; (2) whether the actions should be consolidated for trial; (3) whether the parties are prepared to engage in settlement discussions and, if so, in what forum; (4) a schedule for the submission of Findings of Fact and Conclusions of Law (if this is a non-jury case), the Joint Pre-Trial Order, and Trial Memos.

SO ORDERED.

Dated:    New York, New York
            July 29, 2021

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2021