

Ryan G. Pitman | Partner
Direct 716.844.3454 | rpitman@goldbergsegalla.com

May 6, 2022

**BY ECF**

Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:**   *Phyto Tech Corp. d/b/a Blue California and Conagen Inc. v. Givaudan SA*
             No. 1:18-cv-06172

Dear Judge Koeltl:

    We represent Givaudan SA ("Givaudan") in the above matter. By this letter, Givaudan respectfully requests leave to file Givaudan's Proposed Findings of Fact and Conclusions of Law under partial seal, and to redact certain portions of those documents. Plaintiff's Phyto Tech Corp. d/b/a Blue California, and Conagen, Inc. do not object to this request. The content Givaudan seeks to seal is limited to confidential and proprietary business information.

    Givaudan will of course be happy to provide any further information should the Court require it. Thank you for your attention to this matter.

                                       Respectfully submitted,

                                       */s Ryan G. Pitman*

                                       Ryan G. Pitman

APPLICATION GRANTED
SO ORDERED

5/9/22

John G. Koeltl, U.S.D.J.

Office Location: 665 Main Street, Buffalo, NY 14203-1425 | 716-566-5400 | Fax: 716-566-5401 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA | UNITED KINGDOM
33292511.v1