**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PHYTO TECH CORP., ET AL.,

                Plaintiffs,

    -against-                                          18 **CIVIL** 6172 (JGK)

                                                            **JUDGMENT**

GIVAUDAN SA,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 22, 2022, the plaintiffs have failed to prove that Givaudan is liable for trade secret misappropriation under the DTSA or the DUTSA. Therefore, the plaintiffs' causes of action for trade secret misappropriation under the DTSA and the DUTSA are dismissed with prejudice. Although the plaintiffs demonstrated that Givaudan breached the BGN LLC Agreement, the plaintiffs failed to prove that Givaudan's conduct caused the plaintiffs to suffer any damages. Givaudan is liable to the plaintiffs for $1 in nominal damages; accordingly, the case is closed.

**Dated:**  New York, New York

       July 26, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                          **BY:**     *K. Mango*

                                                               **Deputy Clerk**