UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHYTO TECH CORP., ET AL.,

        Plaintiffs,

- against -

GIVAUDAN SA, ET AL.,

        Defendants.

18-cv-6172 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs should provide the court with courtesy copies of the pending fully briefed motion for attorney's fees.

SO ORDERED.

Dated:    New York, New York
            September 14, 2022

                                      John G. Koeltl
                            United States District Judge